UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25-CV-6503 |
| Plaintiff, | |
| v. | Request for Arrest Warrant *In Rem* Cover Sheet |
| $95,999.00 UNITED STATES CURRENCY | |
| Defendant *in rem*. | |

---

☒ The property is in the government's possession, custody, or control.

The United States of America respectfully requests that the Clerk to issue a warrant of arrest *in rem* pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

-------------- OR --------------

☐ The property is not in the government's possession, custody, or control.

The United States of America shall make a motion requesting that the Court issue a warrant of arrest in rem pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated: September 23, 2025

/s/ Melanie J. Bailey
Melanie J. Bailey
Assistant United States Attorney